UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY YOUNG,
    *Plaintiff,*

vs.

CENTURION OF FLORIDA, LLC, et al.,
    *Defendants.*
_____/

CASE NO. 3:20cv5818-TKW/MJF

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff Betty Young hereby notifies this Honorable Court that the parties have reached a settlement in principle. The settlement documents are currently being prepared, and the parties will file a Stipulation of Dismissal with Prejudice upon consummation of the settlement.

Respectfully submitted this 10th day of June, 2021.

    **TEIN MALONE PLLC**
    *Counsel for Plaintiff*

    */s/ Gaye L. Huxoll*
    Gaye L. Huxoll
    Florida Bar No. 149497
    ghuxoll@teinmalone.com
    (305) 442-1101